**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**(Filed Electronically)**


**CRIMINAL ACTION NO. 21-mj-396-ZMF-1**
**UNITED STATES OF AMERICA,**                                               **PLAINTIFF,**


**vs.**


**ERIC CLARK,**                                                                          **DEFENDANT.**


**UNOPPOSED MOTION FOR CONTINUANCE OF**
**STATUS CONFERENCE**


Comes the Defendant, Eric Clark ("Defendant" or, in the alternative, "Mr. Clark"),  by

counsel, and respectfully asks this Court to continue the status conference currently scheduled for

July 5, 2022.

Counsel for Clark will be out of the office on July 5, 2022.  Additionally, parties have

conferred, and agree that at this time a continuance of the status conference would be beneficial to

allow for the continued production of discovery; the review of discovery already tendered by the

United States; to allow for the review and discussion of the United States' formal offer; and to

allow for defense counsel to review and discuss discovery and the offer with Mr. Clark.  Parties

believe that all of the above can be accomplished if the Court were to grant a 60-90 day

continuance.

Mr. Clark agrees, in the interest of justice, and pursuant to 18 U.S.C. §3161(h)(7)(A),

§3161(h)(7)(B)(I), and §3161(h)(7)(B)(iv), the period of delay between the scheduled status

conference currently scheduled for July 5, 2022, and the date of the newly scheduled status

conference, which would be determined by this Court if this motion were to be granted, would be

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

excluded from the time allowed for a speedy trial.

Respectfully submitted,


/s Aaron M. Dyke
Assistant Federal Defender
629 S. Fourth Street
Suite 200
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant

## CERTIFICATE

This is to certify that a true copy of the foregoing motion was served on the United States by electronically filing same to Mr. James Peterson, Esq., Assistant United States Attorney, this 14th day of June, 2022.


s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2