UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Filed Electronically)

CRIMINAL ACTION NO. 21-mj-396-ZMF-1
UNITED STATES OF AMERICA,                                                                PLAINTIFF,

vs.

ERIC CLARK,                                                                                       DEFENDANT.

## ORDER

Based upon the representations in the Joint Motion to Continue and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled status hearing on July 5, 2022 be continued for good cause until September 6, 2022 at 1:00 PM ; and it is further

ORDERED that the time between July 5, 2022 and September 6, 2022 shall be excluded from calculation under the Speedy Trial Act, see 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to review discovery, and additional time to negotiate a potential pretrial resolution of this matter.

_____
The Honorable Zia M. Faruqui
United States Magistrate Judge

3