UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
**(Filed Electronically)**

**CRIMINAL ACTION NO. 1:21-MJ-00396-ZMF**
**UNITED STATES OF AMERICA,                                         PLAINTIFF,**

**vs.**

**ERIC CLARK,                                                              DEFENDANT.**

**MOTION TO CONDUCT *EX PARTE* HEARING TO
DETERMINE STATUS OF COUNSEL**

Comes the Office of the Federal Defender, at the express direction of the defendant, Eric Clark, and moves the Court to conduct an *ex parte* hearing on the status of counsel, or in the alternative, remove the undersigned as counsel of record. In support, the defense notes:

Mr. Clark is currently before the Court on the above styled Complaint.

Mr. Clark recently contacted defense counsel and indicated his concern regarding the undersigned's representation of him, and requested that a hearing be held to address his request represent himself *pro se*, or in the alternative, that a different attorney be appointed to represent him.

**WHEREFORE**, the defense moves the Court to conduct an *ex parte* hearing regarding the status of counsel or to remove the Federal Defender Office as his counsel.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

1

/s/ Aaron M. Dyke
Assistant Federal Defender
200 Theatre Building
629 S. Fourth Street
Louisville, Kentucky 40202
(502) 584-0525

### CERTIFICATE

I hereby certify that on September 7, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will provide notice to the attorneys of record. I further certify that a true copy of the foregoing motion was served on the defendant by mailing same to Eric Clark, at his home residence.

/s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2