# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 21-MJ-396 |
| ERIC CLARK, | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Based upon the representations in the Unopposed Motion to Continue the Status Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the currently scheduled Status Hearing on November 8, 2022, be continued for good cause to November 15, 2022 at 1:00 p.m.; it is further

ORDERED that the time between November 8, 2022 and November 15, 2022 shall be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to communicate about the case.

_____
The Honorable Moxila A. Upadhyaya
United States Magistrate Judge